FILED BY AO D.C.

05 MAY 31 PM 5:32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**WILLIAM M. LINEBERRY,**        **JUDGMENT IN A CIVIL CASE**

   Petitioner,

v.

**WARDEN, FMC-BUTNER,**        CASE NO: 05-2104 Ml/V

   Respondent.

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal entered May 31, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

May 31, 2005
DATE

ROBERT R. DI TROLIO
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02104 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

William Mark Lineberry
FMC BUTNER
16394-076
P.O. Box 1600
Butner, NC 27509

Honorable Jon McCalla
US DISTRICT COURT