UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 5:03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

WILLIAM M. LINEBERRY,              JUDGMENT IN A CIVIL CASE

    Petitioner,

v.

WARDEN, FMC-BUTNER,                CASE NO: 05-2104 Ml/V

    Respondent.

---

### JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Vacating May 31, 2005, Order and Judgment, Order Denying Petition Pursuant to 28 U.S.C. § 2241, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered June 30, 2005, this case is DISMISSED.

APPROVED:

_/s/ Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

June 30, 2005
DATE

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02104 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

William Mark Lineberry
FMC BUTNER
16394-076
P.O. Box 1600
Butner, NC 27509

Honorable Jon McCalla
US DISTRICT COURT